AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Earnest M Johnson,<br>*Plaintiff*<br>v.<br>The City Police of Columbia Dept.; Sgt. Douglas A. Shuler; Officer K.C. Chatara,<br>*Defendant* | )<br>)<br>)  Civil Action No.    3:11-cv-02594-CMC-SVH<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Earnest M. Johnson, shall take nothing of the defendant, Officer K.C. Chatara, as to the complaint filed pursuant to 42 U.S.C. §1983 and the action as to this defendant is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

■ other: the plaintiff, Nathaniel Gold, shall take nothing of the defendants, The City Police of Columbia Dept. and Sgt. Douglas A. Shuler, as to the complaint filed pursuant to 42 U.S.C. §1983 and the action as to these defendants is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the action against defendant Officer K.C. Chatara without prejudice for failure to prosecute.
■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, in order dated 11/7/2011, which adopted the Reports and Recommendations set forth by the Honorable Joseph R. McCrorey, United States Magistrate Judge, which dismissed the action against defendants The City Police of Columbia Dept. and Sgt. Douglas A. Shuler without prejudice.

Date:  March 14, 2013                                      *LARRY W. PROPES, CLERK OF COURT*

                                                                                    s/A. Buckingham
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*